**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7531**

JAMES ANTHONY BARNETT, JR.,

             Plaintiff - Appellant,

        v.

MARGARET BOWEN, M.D.,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-ct-03125-FL)

Submitted:  February 25, 2020                     Decided:  March 5, 2020

Before GREGORY, Chief Judge, and KEENAN and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Anthony Barnett, Jr., Appellant Pro Se.  Elizabeth Pharr McCullough, Madeleine Michelle Pfefferle, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Anthony Barnett, Jr., appeals the district court's order dismissing his amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2018) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Barnett v. Bowen*, No. 5:17-ct-03125-FL (E.D.N.C. Oct. 10, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*